UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **EDREES BRIDGES,**<br><br>    Plaintiff,<br><br>v.<br><br>**PRINCE GEORGE'S COUNTY, MARY-LAND**, a municipality; and,<br>**PRISON MINISTRY OF AMERICA,**<br><br>    Defendants. | **Case No. 8:21-cv-01319** |

### [JOINT PROPOSED] ORDER[1]

Based on the October 28, 2021 telephonic conference, the October 28, 2021 Paperless Order (Dkt. 40), and the parties' input, the Court hereby **ORDERS** the following Scheduling Order:

1) Defendant Prison Ministries of America will respond to the Motion for a Preliminary Injunction (Dkt. 12) on or before December 9, 2021.[2]

2) With the exception of the pending Motion for a Preliminary Injunction, the case shall be stayed administratively until January 3, 2022, to allow the parties to settle the matter in good faith.

3) Should the parties be unable to settle the matter by January 3, 2022:

---

[1] This proposed Order has been agreed to by all parties to this litigation. The parties apologize for the delay in submission.
[2] The parties stand ready for oral argument any time from December 10th through the end of the year.

1

a. Defendants shall file a Joint Motion to Dismiss on or before January 31, 2022.

b. Plaintiff shall file an opposition to the Motion to Dismiss on or before February 28, 2022.

c. Defendants shall file any reply no later than March 21, 2022.

**SO ORDERED**.

_____  _____
Date                                                                                                  Paul W. Grimm
                                                                                                             United States District Court Judge,
                                                                                                             District of Maryland