UNITED STATES DISTRICT COURT
FOR THE DISTRICT IF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **EDRESS BRIDGES**, <br><br> Plaintiff, <br><br> v. <br><br> **PRINCE GEORGE'S COUNTY MARYLAND**, a municipality; and, **PRISON MINISTRY OF AMERICA**, <br><br> Defendants. | Case No. 8:21-cv-01319 |

## PROPOSED ORDER

Upon consideration of Defendants Prince George's County, Maryland and Prison Ministry of America's Joint Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), it is ORDERED that the Motion is hereby GRANTED.

IT IS SO ORDERED.

_____          _____
Date                                                                Paul W. Grimm
                                                                           United States District Court Judge